**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Gary Seifried v. The Hygenic Corporation

Appellate case number:    01-12-01093-CV

Trial court case number:  1123295A

Trial court:              334th District Court of Harris County

Date motion filed:       August 21, 2013

Party filing motion:     Appellant, Gary Seifried

It is ordered that the motion for rehearing is **(X) DENIED ( ) GRANTED.**

Judge's signature: /s/ Jane Bland
                    Justice Bland, Acting for the Court

Panel consists of: Justices Keyes, Higley, and Bland.

Date:  September 3, 2013